Peter H. Mason (Bar No. 71839)
Douglas W. Stern (Bar No. 82973)
Nicole K. Asch (Bar No. 204409)
Adam P. Zaffos (Bar No. 217669)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

Attorneys for Defendant
BAYER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN GLORIOSO,<br><br>            Plaintiff,<br><br>     v.<br><br>BAYER CORPORATION,<br><br>            Defendant. | No. 04-CV-06067-AWI-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Kathleen Glorioso and Defendant Bayer Corporation, through their respective counsel of record, hereby stipulate that the complaint, and each and every cause of action asserted in this proceeding, shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs. The parties further stipulate that the Court may enter an order based upon this stipulation.

IT IS SO STIPULATED.

DATED: January    , 2006            **FULBRIGHT & JAWORSKI L.L.P.**

_____

By
    Adam P. Zaffos
    Attorneys for Defendant
    BAYER CORPORATION

DATED: January    , 2006            **CORY, WATSON, CROWDER**

                                                        **& DE GARIS**

                                                        By _____
                                                              Leila H. Watson
                                                             Attorneys for Plaintiff
                                                             KATHLEEN GLORIOSO

DATED: January   , 2006          **WILLIAM L. BERG & ASSOCIATES**
                                                            _____

                                                        By
                                                            William L. Berg
                                                            Attorneys for Plaintiff
                                                            KATHLEEN GLORIOSO

## ORDER

    The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

    Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,

although an oral stipulation in open court will also suffice. <u>Carter v. Beverly Hills Sav. & Loan Asso.</u>, 884 F.2d 1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4. Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated. <u>See</u> Fed. R. Civ. Pro. 41(a)(1)(ii); <u>In re Wolf</u>, 842 F.2d at 466; <u>Gardiner</u>, 747 F.2d at 1189; <u>see also</u> <u>Gambale</u>, 377 F.3d at 139; <u>Commercial Space Mgmt</u>, 193 F.3d at 1077; <u>cf.</u> <u>Wilson</u>, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice. The complaint, and each and every cause of action asserted therein, shall be dismissed with prejudice, each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   January 30, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

3