COPY

Peter H. Mason (Bar No. 71839)
Douglas W. Stern (Bar No. 82973)
Adam P. Zaffos (Bar No. 217669)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendant
BAYER CORPORATION



ORIGINAL FILED

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

FILED
JUN 19 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MUSTOE, | No. CV-F-04-6067 AWI (SMS) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| BAYER CORPORATION, | |
| Defendant. | |

NOTICE OF NONCOMPLIANCE
See L.R. 5-133(a) & (d)(3)
Filed in Paper on
JUN 16 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1   Plaintiff Sandra Mustoe and Defendant Bayer Corporation, through their respective
2   counsel of record, hereby stipulate that the complaint, and each and every cause of action asserted
3   in this proceeding, shall be dismissed with prejudice, each party to bear its own attorneys' fees
4   and costs. The parties further stipulate that the Court may enter an order based upon this
5   stipulation.

6   IT IS SO STIPULATED.

7   DATED: June 12, 2006

   FULBRIGHT & JAWORSKI L.L.P.

   By _____
   Adam P. Zaffos
   Attorneys for Defendant
   BAYER CORPORATION

11  DATED: June 8, 2006

   CORY, WATSON, CROWDER
   & De GARIS

   By _____
   Leila H. Watson
   Attorneys for Plaintiff
   SANDRA MUSTOE

16  DATED: June 8, 2006

   WILLIAM L. BERG & ASSOCIATES

   By _____
   William L. Berg
   Attorneys for Plaintiff
   SANDRA MUSTOE

## ORDER

Based upon the foregoing, the complaint, and each and every cause of action asserted therein, shall be dismissed with prejudice, each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 19, 2006

_____
Anthony W. Ishii, Judge
United States District Court   CV-F-04-6067 AWI (SMS)

31012717.1
TALLAHASSEE/53696.1
78529.09714
11/11/05

DOCUMENT PREPARED
ON RECYCLED PAPER

PROOF OF SERVICE
1013A(3) C.C.P. Revised 5/97

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Fulbright & Jaworski L.L.P., 555 South Flower Street, 41st Floor, Los Angeles, California 90071.

On June 14, 2006, I served the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** on interested parties in this action as follows:

| | |
|---|---|
| Leila H. Watson, Esq. | William L. Berg, Esq. |
| Cory, Watson, Crowder & DeGaris | Law Offices of William L. Berg & Assoc. |
| 2131 Magnolia Avenue | 2440 Santa Clara Avenue |
| Birmingham, AL 35205 | Alameda, CA 94501 |
| Telephone: (205) 328-2200 | Telephone: (510) 523-3200 |

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐ **(BY FEDERAL EXPRESS)** I caused the aforementioned document to be placed in an envelope or package designated by Federal Express, with delivery fees fully paid and addressed as stated on the attached Service List.

☐ **(BY PERSONAL SERVICE)** I caused the aforementioned document to be personally served at the offices of all counsel as stated on the attached Service List.

☐ **(BY E-MAIL)** I caused said document to be sent via e-mail to the interested parties at the e-mail address as stated on the attached service list.

☐ **(BY FACSIMILE)** I caused said document to be transmitted electronically to the interested parties at the facsimile numbers as stated on the attached Service List.

Executed on June 14, 2006 at Los Angeles, California.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Mamie Page

DOCUMENT PREPARED ON RECYCLED PAPER

31143171.1